[Nos. 26938-1-I; 26980-1-I; 26981-0-I. Division One. March 9, 1992.]

CONCERNED LAND OWNERS OF UNION HILL, ET AL, *Respondents*, v. KING COUNTY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-07181-2, Mary Wicks Brucker, J., entered

August 22, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Coleman, J. Now published at 64 Wn. App. 768.